## CURTIN v. METROPOLITAN ST. RY. CO.

(Supreme Court, Appellate Division, First Department. November 8, 1901.)

EXTENT OF INJURY—BILL OF PARTICULARS.

Where a complaint in an action for personal injuries alleges, on information and belief, that some of such injuries are of a permanent character, defendant is entitled to a bill of particulars specifying the nature and location of such injuries.

Appeal from special term, New York county.

Action by Mary Curtin against the Metropolitan Street Railway Company. Plaintiff alleged that she was thrown to the ground with great force, so as to seriously injure her spine, strain and bruise her back, and inflict severe internal injury, "some of which injuries she is informed and believes are of a permanent character." From an order denying a motion for a bill of particulars, defendant appeals. Reversed.

Argued before VAN BRUNT, P. J., and PATTERSON, O'BRIEN, INGRAHAM, and LAUGHLIN, JJ.

Charles F. Brown, for appellant.
John Poth, for respondent.

PER CURIAM. The order should be reversed, with $10 costs and disbursements, and the motion for a bill of particulars granted, without costs, to the extent of requiring a bill of particulars specifying the nature and location of such of the plaintiff's internal injuries mentioned in the complaint as she is informed and believes are permanent.